UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISRAEL CAMEY MORALES, HECTOR MARTINEZ, LUIS MAURAT, ISAIAS NOE HERRERA, RIGOBERTO ALFARO, ANGEL ARANA, ALBERTO MORALES, CARLOS GUARDODA, GONZALO CORDOBA, and SAUL REYES RAMOS, *individually and on behalf of all others similarly situated*,

            Plaintiffs,

– against –

PERFORMANCE MASTER, INC., FIVE HORSEMEN CONSTRUCTION INC., FIVE HORSEMEN LLC, and RONALD CHIEN and JOAH SAMUEL, *as individuals*,

            Defendants.

**ORDER**

21 Civ. 97 (ER)

RAMOS, D.J.

    Plaintiffs brought the instant suit on January 6, 2021. Doc. 1. On February 8, 2021, Defendant Joah Samuel filed a motion to dismiss. Doc. 8. The Court denies Samuel's motion without prejudice. All motions must be filed in accordance with the Court's Individual Practices, which require that the movant request a pre-motion conference prior to filing a motion to dismiss. *See* Individual Rule 2(A)(ii). The Clerk of Court is respectfully directed to terminate the motion. Doc. 8.

Dated:   April 8, 2021
          New York, New York

                                            EDGARDO RAMOS, U.S.D.J.