

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel.: (718) 263-9591  Fax: (718) 263-9598

September 19, 2023

**Via ECF:**
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Morales, et al v. Performance Master, Inc., et al*
Civil Docket No.: 21-cv-00097 (AS)

Dear Judge Subramanian:

This office represents the Plaintiffs in this FLSA Action, and we respectfully submit this letter, jointly with counsel for the Defendants, to respectfully request a brief extension of time for the parties to file their joint letter updating the Court on the status of this case, pursuant to Your Honor's August 30, 2023 Order.

We apologize for not timely filing int letter updating the Court on the status of this case, pursuant to Your Honor's August 30, 2023 Order, or making this extension request, which is the result of an oversight by our office due to many of our attorneys and staff being out of the office due to observance of recent religious holidays.

If this request is granted, **the parties can file their joint letter in compliance with the requirements of the August 30, 2023 Order by Wednesday, September 27, 2023**.

We thank The Court for its kind consideration in this matter, and we remain available to provide any additional information.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 20, 2023

Respectfully submitted,

*Avraham Y. Scher*
Avraham Y. Scher, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiffs*

CC: *Counsel of Record for Defendants via ECF.*