UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL CAMEY MORALES, et al.,<br><br>       Plaintiffs,<br><br>-against-<br><br>PERFORMANCE MASTER, INC., et al.,<br><br>       Defendants. | 21-cv-97 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On September 28, 2023, the parties updated the Court on the status of this case. Dkt. 90. In that letter, the parties described ongoing discovery, even though the discovery deadlines had lapsed about a year earlier. By **December 7, 2023, at 5:00 p.m.**, the parties shall submit a joint status letter again updating the Court on the status of this case. That letter shall not exceed three pages. It shall describe any ongoing discovery, new proposed deadlines for that discovery, and proposed deadlines for summary judgment motions and trial. If there are discovery disputes, the parties shall bring those to the Court's attention promptly, abiding by the Court's Individual Practices.

  SO ORDERED.

Dated: December 4, 2023
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge