

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

December 7, 2023

**Via ECF**:
The Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Morales, et al v. Performance Master, Inc., et al*
Civil Docket No.: 21-cv-00097 (AS)

Dear Judge Subramanian:

Our office represents the Plaintiffs in the above-referenced matter and we submit this letter motion on consent of all parties to respectfully request an extension of time to file the joint status report so ordered by the Court this Monday, December 4, 2023.

Our office has been short-staffed this week while also preparing for a jury trial commencing Monday in the Eastern District of New York. As such, we have not had ample time to confer with all counsel for all Defendants regarding the contents of the joint status letter and the proposed future discovery deadlines.

As such, we kindly ask that the time to file the status report pursuant to the December 4, 2023 Order be extended one week. If this request is granted, **the parties can file the status report on or before December 15, 2023.** This is the first request for an extension of this deadline and this request will not affect any other dates or deadlines.

We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 8, 2023