UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL CAMEY MORALES et al.,<br><br>                              Plaintiff,<br><br>-against-<br><br>PERFORMANCE MASTER, INC. et al.,<br><br>                              Defendants. | 21-cv-97 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On June 6, 2024, the Court granted two motions for summary judgment with respect to two groups of Defendants. Dkt. 121. In the opinion and order, the Court also ordered Plaintiffs to submit a letter addressing how to deal with the remaining Defendants by June 14, 2024. *Id.* Plaintiffs have failed to submit any letter. **Plaintiffs must submit their letter by June 24, 2024, or this case will be dismissed without further notice.** *See* **Fed. R. Civ. P. 41(b).**

SO ORDERED.

Dated: June 17, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge