UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ISRAEL CAMEY MORALES, HECTOR MARTINEZ, LUIS MAURAT, ISAIAS NOE HERRERA, RIGOBERTO ALFARO, ANGEL ARANA, ALBERTO MORALES, CARLOS GUARDODA, GONZALO CORDOBA, and SAUL REYES RAMOS, individually and on behalf of all others similarly situated,

                                      Plaintiffs,

    -against-

PERFORMANCE MASTER, INC. and DORREL COUSINS, LESLIE REID, DAVID ALLEN, and ANGEL ZHIMINAICELA, as individuals,

                                      Defendants.

-------------------------------------------------------------------------X

Civil Docket No.:
1:21-cv-00097-AS

**AFFIRMATION IN SUPPORT OF PLAITNIFFS' MOTION FOR A DEFAULT JUDGMENT IN A SUM CERTAIN AGAINST THE DEFENDANTS**

Roman Avshalumov, Esq., hereby declares, under the penalty of perjury, as follows:

1.     I am an attorney with Helen F. Dalton & Associates, P.C., attorneys of record for Plaintiffs **ISRAEL CAMEY MORALES, HECTOR MARTINEZ, LUIS MAURAT, ISAIAS NOE HERRERA, RIGOBERTO ALFARO, ANGEL ARANA, ALBERTO MORALES, CARLOS GUARDODA, GONZALO CORDOBA, and SAUL REYES RAMOS** (hereinafter, "Plaintiffs") in this action.

2.     I respectfully submit this Affirmation in support of Plaintiffs' motion to enter Default Judgment against Defendants **PERFORMANCE MASTER, INC. and DORREL COUSINS, LESLIE REID, and ANGEL ZHIMINAICELA, as individuals**, (collectively the "Defendants") *In a Sum Certain*, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), as a result of Defendants' failure to appear, respond, or otherwise defend in this matter.

Page **1** of 11

3. This is an action to recover money damages owed by Defendants to Plaintiffs for the Defendants' willful violations of federal and state overtime wage laws, unpaid minimum wages and liquidated damages arising out of Plaintiffs' employment with the Defendants, as described herein.

4. DORREL COUSINS and LESLIE REID at Defendants' usual place of business and last known address located at 1579 Metropolitan Ave., Apt 8D, Bronx, NY 10462.

5. ANGEL ZHIMINAICELA at Defendant's usual place of abode and last known address located at 4706 6th Ave., Fl 3, Brooklyn, NY 11220.

6. Plaintiffs respectfully submit the following in support of their motion:

   a. **Exhibit A**, Plaintiffs' FLSA Complaint, dated January 6, 2021;

   b. **Exhibit B**, the Affidavit of Service via personal service for the corporate defendant Performance Master, Inc., dated January 26, 2021;

   c. **Exhibit C**, Plaintiffs' First Amended Complaint, dated November 4, 2021;

   d. **Exhibit D**, the Affidavit of Service for Plaintiffs' First Amended Complaint via personal service for the corporate defendant Performance Master, Inc., dated November 8, 2021;

   e. **Exhibit E,** the Affidavit of Service for Plaintiffs' First Amended Complaint via personal service for Leslie Reid, as an individual, dated November 8, 2021;

   f. **Exhibit F,** the Affidavit of Service for Plaintiffs' First Amended Complaint via personal service for Dorrel Cousins, as an individual, dated November 8, 2021;

   g. **Exhibit G,** the Affidavit of Service for Plaintiffs' First Amended Complaint via Secretary of State for the corporate defendant Performance Master, Inc., dated November 18, 2021;

   h. **Exhibit H,** Plaintiffs' Second Amended Complaint, dated January 24, 2022;

i. **Exhibit I**, the Affidavit of Service for Plaintiffs' Second Amended Complaint via personal service for Dorrel Cousins, as an individual, dated February 4, 2022;

j. **Exhibit J**, the Affidavit of Service for Plaintiffs' Second Amended Complaint via personal service for Leslie Reid, as an individual, dated February 4, 2022;

k. **Exhibit K**, the Affidavit of Service for Plaintiffs' Second Amended Complaint via Secretary of State for the corporate defendant Performance Master, Inc., dated February 9, 2022;

l. **Exhibit L**, the Affidavit of Service for Plaintiffs' Second Amended Complaint via personal service for Angel Zhiminaicela, as an individual, dated February 22, 2022;

m. **Exhibit M**, Subcontract Agreement between DHC Contracting Inc. and Performance Master, Inc.

n. **Exhibit N,** Plaintiff Israel Camey Morales' Affidavit, dated February 7, 2024;

o. **Exhibit O**, Plaintiff Luis Maurat's Affidavit, dated February 7, 2024;

p. **Exhibit P**, Plaintiff Rigoberto Alfaro's Affidavit, dated June 21, 2024;

q. **Exhibit Q,** the Clerk's Certificate of Default, against Performance Master Inc., entered July 3, 2024;

r. **Exhibit R**, the Clerk's Certificate of Default, against Leslie Reid, as an individual, entered July 3, 2024;

s. **Exhibit S**, the Clerk's Certificate of Default, against Dorrell Cousins, as an individual, entered July 3, 2024;

t. **Exhibit T**, the Clerk's Certificate of Default, against Angel Zhiminaicela, as an individual, entered July 3, 2024;

u. **Exhibit U**, Plaintiffs' Affirmation of Service, entered June 14, 2024;

v. **Exhibit V**, Plaintiffs' itemized, detailed calculation of damages against Defendants, computed in a Sum Certain; and

w. **Exhibit W**, a Proposed Default Judgment Order.

**Plaintiffs' Compliance with all Procedural Requirements To Enter Default Judgment against Defendants**

7. Plaintiffs started this action against the Defendants by filing of a Summons and collective action Complaint on January 6, 2021. (See **Exhibit A**).

8. According to the Affidavits of Service filed on the Court's docket, the corporate Defendant, PERFORMANCE MASTER, INC. was duly served with a copy of Plaintiffs' Summons and Complaint, via personal service on January 26, 2021 by personally serving Allen C. Read, Esq, at 1689 County Route 11, Whitehall, NY 12887, Authorized Agent, who stated he/she is authorized to accept service on behalf the corporation/government entity, and proof of service was therefore filed on February 25, 2021.(See **Exhibit B**).

9. On November 4, 2021, Plaintiffs filed their First Amended Complaint, adding individual Defendants DORREL COUSINS and LESLIE REID, among others. (See **Exhibit C**).

10. Plaintiffs commenced service of their First Amended Complaint by personally serving corporate Defendant PERFORMANCE MASTER, INC. and individual Defendants LESLIE REID and DORREL COUSINS, on November 8, 2021, at their usual place of business and last known address located at 1579 Metropolitan Ave., Apt. #8D, Bronx, NY 10463, by personal delivery of Plaintiffs' First Amended Complaint, personally received by Latonya Reid, authorized to accept a true copy of each thereof; sister of individual defendant Leslie Reid and co-habitant of individual defendant Dorrel Cousins. Proof of service was therefore filed on November 15, 2021. (See **Exhibits D to F**).

11. Defendant PERFORMANCE MASTER, INC., was further served via the Office of the Secretary of State, on November 18, 2021, pursuant to N.Y. Business

Corporation Law § 306, and proof of service was therefore filed on November 22, 2021. (See **Exhibit G**).

12. On January 24, 2022, Plaintiffs filed their Second Amended Complaint, adding individual Defendant ANGEL ZHIMINAICELA, among others. (See **Exhibit H**).

13. Plaintiffs commenced service of their Second Amended Complaint by personally serving individual Defendant, DORREL COUSINS on February 4, 2022, at his usual place of abode and last known address located at 1579 Metropolitan Ave., Apt. #8D, Bronx, NY 10463, personally received by defendant DORREL COUSINS himself, and proof of service was therefore filed on February 8, 2022. (See **Exhibit I**). On the same day, individual Defendant LESIE REID, was also served with a copy of Plaintiffs' Second Amended Complaint, via personal service at her usual place of abode and last known address located at 1579 Metropolitan Ave., Apt. #8D, Bronx, NY 10463, by personal delivery; personally received by Dorrel Cousins, co-habitant, a person of suitable age and discretion, and proof of service was therefore filed on February 14, 2022. (See **Exhibit J**).

14. On February 9, 2022, Defendant PERFORMANCE MASTER, INC., was served with a copy of Plaintiffs' Second Amended Complaint via the Office of the Secretary of State, pursuant to N.Y. Business Corporation Law § 306, and proof of service was therefore filed on February 15, 2022. (See **Exhibit K**).

15. Individual Defendant, ANGEL ZHIMINAICELA was served with process on February 22, 2022, at his usual place of abode and last known address located at 49-05 103rd Street, Apt. 2A, Corona, NY 111368, by personal delivery of Plaintiffs' Second Amended Complaint, personally received by Derrick Zhiminaicela, relative, a person of suitable age and discretion, and proof of service was therefore filed on February 28, 2022.

(See **Exhibit L**). The individual Defendant was also effectuated with service via follow-up mailing there on February 25, 2022 as well, via United States First-Class Mailing to the usual place of abode and last known residence of the Defendant. *Id*

16. Defendant, PERFORMANCE MASTER INC. was required to appear and interpose an answer or move with respect to the Complaint herein, by February 16, 2021 (see Dkt. No. 9). To date, the Defendant has failed to do so.

17. Defendants, PERFORMANCE MASTER INC., DORREL COUSINS and LESLIE REID, as individuals, were required to appear and interpose an answer or move with respect to the Plaintiffs' First Amended Complaint herein, by November 29, 2021 (see Dkt. Nos. 40 to 42). To date, the Defendants have failed to do so.

18. Defendants, DORREL COUSINS and LESLIE REID, as individuals, were required to appear and interpose an answer or move with respect to the Plaintiffs' Second Amended Complaint herein, by February 25, 2022 (see Dkt. Nos. 55 & 57). To date, the Defendants have failed to do so.

19. Defendant, PERFORMANCE MASTER INC. was required to appear and interpose an answer or move with respect to the Plaintiffs' Second Amended Complaint herein, by March 2, 2022 (see Dkt. No. 58-1). To date, the Defendant has failed to do so.

20. Defendant, ANGEL ZHIMINAICELA was required to appear and interpose an answer or move with respect to the Plaintiffs' Second Amended Complaint herein, by March 15, 2022 (see Dkt. No. 62-1). To date, the Defendant has failed to do so.

21. Defendants, DORREL COUSINS and LESLIE REID, as individuals, are not infants nor incompetent; DORREL COUSINS and LESLIE REID, as individuals, are the

adult competent owners of the defendant corporate PERFORMANCE MASTER INC., sued within.

22.   Defendant, ANGEL ZHIMINAICELA, as an individual, is not an infant nor incompetent; ANGEL ZHIMINAICELA, as an individual, is Plaintiffs' supervisor who had the authority to hire, fire, or affect the terms and conditions of Plaintiffs' employment.

23.   On January 12, 2024, Defendants Five Horsemen Construction Inc. and Five Horsemen LLC (dismissed Defendants), filed an Affidavit in Support of their Motion for Summary Judgment and submitted a Subcontract Agreement between DHC Contracting Inc. and Performance Master, Inc. as one of their Exhibits. Said Agreement was co-signed by individual Defendant LESLIE REID who represented herself as the owner of Performance Master, Inc. (See **Exhibit M**).

24.   On February 7, 2024, Plaintiffs Israel Camey Morales and Luis Maurat executed an Affidavit detailing their employment with the Defendants. (See **Exhibits N and O**, respectively).

25.   On June 21, 2024, Plaintiff Rigoberto Alfaro also executed an Affidavit detailing his employment with the Defendants. (See **Exhibit P**).

26.   At no point during pendency of this matter have any of the Defendants been represented by counsel, nor have the Defendants indicated any desire whatsoever to appear or otherwise defend in this matter. To date, no one else has contacted us regarding this matter or their representation of the Defendants.

27.   On July 2, 2024, our office filed Requests for Certificates of Default and such Default was noted by the Clerk of the Court on July 3, 2024, as against corporate Defendant PERFORMANCE MASTER, INC. and LESLIE REID, DORREL COUSINS

and ANGEL ZHIMINAICELA, as individuals, for failure to appear or otherwise defend in this Action. (The Certificates of Default are attached hereto as **Exhibits Q to T,** respectively).

28. On July 8, 2024, Plaintiffs served copies of the Certificates of Default on the Defendants, via First Class United Postal Service, with proof of service and tracking annexed thereto. *See* **Exhibit U**.

29. All of our office's numerous, subsequent efforts at contacting the Defendants have been rendered fruitless, and the Defendants have not responded to *any* of our numerous telephone calls, and our voicemails.

30. To date, none of the Defendants have appeared, responded, or moved with respect to the Complaint, nor retained an attorney in this matter to appear, respond, or otherwise defend herein on their behalf.

31. Notwithstanding the foregoing, as of the date of this filing, at no point hereto have any of the Defendants responded to the complaint herein, moved, retained counsel on this matter, or otherwise appeared on this matter.

32. It is respectfully submitted that the Defendants have been properly served, are aware of Plaintiffs' Complaint, and of pendency of this matter against them, and have failed or refused to appear or otherwise defend in this matter.

33. Accordingly, Plaintiffs respectfully request that The Court Enter a default judgment against the Defendants, PERFORMANCE MASTER, INC. and DORREL COUSINS, LESLIE REID, and ANGEL ZHIMINAICELA, as individuals, In a Sum Certain, on grounds set forth herein, the exhibits annexed hereto, and the accompanying Memorandum of Law submitted in support of this Motion.

34. Furthermore, in support of Plaintiffs' claims asserted herein against the Defendants, Plaintiffs proffer an itemized, detailed Calculation of damages claimed against the Defendants, pursuant to the FLSA, and NYLL, calculated, and computed in a Sum Certain. *See* **Exhibit V**.

35. No part of the judgment sought by the Plaintiffs have been paid by any of the Defendants.

36. Plaintiffs have satisfied their burden of compliance with all the procedural requirements for a default judgment and pleading sufficient factual matter to establish a valid basis for their claims for damages against the Defendants, in addition to establishing the sum of their damages owed by the Defendants in a sum certain, obliviating the need for an inquest hearing to be held in this matter on the issue of damages due to Plaintiffs.

37. Accordingly, Plaintiffs respectfully request that the Court so-order the Proposed Order for a Default Judgment annexed hereto as **Exhibit W**.

**WHEREFORE**, Plaintiffs respectfully request an Order granting a Default Judgment, in a sum certain, against PERFORMANCE MASTER, INC. and DORREL COUSINS, LESLIE REID, and ANGEL ZHIMINAICELA, as individuals, as indicated within the Proposed Order for a Default Judgment (*see* **Exhibit W**), covering Plaintiffs' damages for total of:

a. Unpaid minimum wages in sum certain of **$25,542.86**;

b. unpaid overtime in the sum certain of **$281,268.21**;

c. liquidated damages in an equal amount in the sum certain of **$306,811.07**; and

      d. **$100,000** in damages for the Defendants' willful violations of NYLL § 195's Wage Theft Protection Act,

amounting in all to **$713,622.14** in favor of ISRAEL CAMEY MORALES, HECTOR MARTINEZ, LUIS MAURAT, ISAIAS NOE HERRERA, RIGOBERTO ALFARO, ANGEL ARANA, ALBERTO MORALES, CARLOS GUARDODA, GONZALO CORDOBA, and SAUL REYES RAMOS; with post-judgment interest accruing in accordance with the provisions of 28 U.S.C. § 1961 from the date of entry of judgment, until judgment is paid in full.

Dated:    Kew Gardens, New York
             July 17, 2024

*Respectfully submitted*,

**HELEN F. DALTON & ASSOCIATES, P.C.**
*Attorneys for Plaintiffs ISRAEL CAMEY MORALES, HECTOR MARTINEZ, LUIS MAURAT, ISAIAS NOE HERRERA, RIGOBERTO ALFARO, ANGEL ARANA, ALBERTO MORALES, CARLOS GUARDODA, GONZALO CORDOBA, and SAUL REYES RAMOS*

*Roman Avshalumov*
Roman Avshalumov, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISRAEL CAMEY MORALES, HECTOR MARTINEZ, LUIS MAURAT, ISAIAS NOE HERRERA, RIGOBERTO ALFARO, ANGEL ARANA, ALBERTO MORALES, CARLOS GUARDODA, GONZALO CORDOBA, and SAUL REYES RAMOS, individually and on behalf of all others similarly situated,

Plaintiff(s),

-against-

PERFORMANCE MASTER, INC. and DORREL COUSINS, LESLIE REID, DAVID ALLEN, and ANGEL ZHIMINAICELA, as individuals,

Defendant(s).

### ATTORNEY'S AFFIRMATION TO ENTER DEFAULT JUDGMENT IN SUPPORT OF CLERK'S CERTIFICATE OF DEFAULT

**HELEN F. DALTON & ASSOCIATES, P.C.**
*Attorneys for the Plaintiffs*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
Phone (718) 263-9591
Fax (718) 263-9598

**TO:** via *United States Certified First-Class Mailing:*

**PERFORMANCE MASTER INC.**
1579 Metropolitan Ave., Apt 8D, Bronx, NY 10462

**DORREL COUSINS**
1579 Metropolitan Ave., Apt 8D, Bronx, NY 10462

**LESLIE REID**
1579 Metropolitan Ave., Apt 8D, Bronx, NY 10462

**ANGEL ZHIMINAICELA**
4706 6th Ave., Fl 3, Brooklyn, NY 11220