UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL CAMEY MORALES et al.,<br><br>                              Plaintiffs,<br><br>-against-<br><br>PERFORMANCE MASTER, INC. et al.,<br><br>                              Defendants. | 21-cv-97 (AS)<br><br>ORDER SCHEDULING DEFAULT<br>JUDGMENT BRIEFING AND SHOW<br>CAUSE HEARING |

ARUN SUBRAMANIAN, United States District Judge:

On July 17, 2024, Plaintiffs filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 151.

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **July 31, 2024**.  Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear and show cause before this Court on **August 6, 2024, at 2 p.m.**, why an order should not be issued granting a default judgment against Defendants.  Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 415 131 332, followed by the pound (#) key.  **Plaintiffs' counsel must attend as well.**

In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to any such appearing Defendant.  That is, if any Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall submit a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference.

It is further ORDERED that Plaintiffs serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within one business day of the filing of each document**.  In each case, within **two business days of service,** Plaintiffs must file proof of such service on the docket.

SO ORDERED.

Dated: July 17, 2024
         New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge