UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL CAMEY MORALES et al.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>PERFORMANCE MASTER INC. et al.,<br><br>                      Defendants. | 21-cv-97 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    As discussed at the August 6 conference, Plaintiffs shall attempt personal service on the defaulting defendants, including the proposed default judgment, all supporting papers, and this order. Plaintiffs shall also attempt to contact the attorney for the defaulting corporation. The Court will hold a follow-up hearing on September 10, 2024, at 1:00 p.m. The parties shall dial 646-453-4442 and enter conference ID 960 415 450#.

        SO ORDERED.

Dated: August 7, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                United States District Judge