UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL CAMEY MORALES et al., <br><br>                    Plaintiffs, <br><br> -against- <br><br> PERFORMANCE MASTER INC. et al, <br><br>                    Defendants. | 21-cv-97 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at the September 10 hearing, Plaintiffs shall serve this order on all defaulting defendants. If Plaintiffs have not already done so, Plaintiffs shall attempt personal service on defendant Leslie Reid, including the proposed default judgment, all supporting papers, and this order. The Court will hold a follow-up hearing on October 10, 2024 at 1:00 pm. The parties shall dial 646-453-4442 and enter conference ID 604 543 500#.

SO ORDERED.

Dated: September 11, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge