UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL CAMEY MORALES et al., <br><br> Plaintiffs, <br><br> -against- <br><br> PERFORMANCE MASTER INC et. al, <br><br> Defendants. | 21-cv-97 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The request for an adjournment (Dkt. 168) is GRANTED. The conference is rescheduled to November 1, 2024, at 11:30 AM. The parties shall dial 646-453-4442 and enter conference ID 604 543 500 followed by #. Plaintiffs shall serve this order on all defaulting defendants and shall effect personal service of this order on all defaulting defendants.

The Clerk of Court is requested to terminate the motion at Dkt. 168.

SO ORDERED.

Dated: October 3, 2024
        New York, New York

                                                                                 ARUN SUBRAMANIAN
                                                                                 United States District Judge