UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL CAMEY MORALES et al.,<br><br>       Plaintiff,<br><br>-against-<br><br>PERFORMANCE MASTER INC. et al.,<br><br>       Defendants. | 21-cv-97 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at the November 1 hearing, plaintiffs shall file an updated proposed judgment of default as well as any supporting materials for the Court's consideration by **November 8, 2024**.

  Plaintiffs shall serve this order on all defaulting defendants through the methods of service previously used. Plaintiffs are directed to file proof of service with the Court.

  SO ORDERED.

Dated: November 1, 2024
    New York, New York

                   _____
                     ARUN SUBRAMANIAN
                    United States District Judge