UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISRAEL CAMEY MORALES, HECTOR MARTINEZ, LUIS MAURAT, ISAIAS NOE HERRERA, RIGOBERTO ALFARO, ANGEL ARANA, ALBERTO MORALES, CARLOS GUARDODA, GONZALO CORDOBA, and SAUL REYES RAMOS, individually and on behalf of all others similarly situated,

      Plaintiffs,

-against-

PERFORMANCE MASTER, INC. and DORREL COUSINS, LESLIE REID, DAVID ALLEN, and ANGEL ZHIMINAICELA, as individuals,

      Defendants.

21-CV-97 (AS)

**DEFAULT JUDGMENT**

---

ARUN SUBRAMANIAN, United States District Judge:

  The summons and complaint in this case were duly served on defendant **Performance Master, Inc.** *See* Dkt. 173-1. Defendant has failed to plead or otherwise defend this action. Plaintiffs have moved for the entry of default judgment against Performance Master. *See* Dkt. 151.

  The Court has reviewed plaintiffs' motion and supporting exhibits and determined that default judgment against Performance Master should be entered. Accordingly, it is ORDERED that Plaintiffs **Israel Camey Morales**, **Hector Martinez**, **Luis Maurat**, **Isaias Noe Herrera**, **Rigoberto Alfaro**, **Angel Arana**, **Alberto Morales**, **Carlos Guardoda**, **Gonzalo Cordoba**, and **Saul Reyes Ramos**, have a judgment against Defendant **Performance Master, Inc.**, in the liquidated amount of $713,622.14 plus statutory post-judgment interest accruing pursuant to 28 U.S.C. § 1961, from the date of entry of judgment, until judgment is paid in full. As demonstrated by the evidence, this amount is comprised of (a) in favor of plaintiff Israel Camey Morales in the

sum of $59,140.00; (b) in favor of plaintiff Hector Martinez in the sum of $81,453.57; (c) in favor of plaintiff Luis Maurat in the sum of $63,764.29; (d) in favor of plaintiff Isaias Noe Herrera in the sum of $59,140.00; (e) in favor of plaintiff Rigoberto Alfaro in the sum of $59,140.00; (f) in favor of plaintiff Angel Rana in the sum of $59,140.00; (g) in favor of plaintiff Alberto Morales in the sum of $59,140.00; (h) in favor of plaintiff Carlos Guardoda in the sum of $59,140.00; (i) in favor of plaintiff Gonzalo Cordoba in the sum of $189,657.14; and (j) in favor of plaintiff Saul Reyes Ramos in the sum of $23,907.14.

Plaintiffs have withdrawn their motion for default judgment against defendants Dorrell Cousins, Leslie Reid, David Allen, and Angel Zhiminaicela. *See* Dkt. 173. Accordingly, the claims against defendants Dorrell Cousins, Leslie Reid, David Allen, and Angel Zhiminaicela are hereby DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to terminate the motion at Dkt. 151 and close this case.

SO ORDERED.

Dated: November 14, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge